FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 DEC -6  PM 4:48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02980-GPG
(To be supplied by the court)

Stella Dawn Mendoza, A.R.M
Manuel Angel Rivera C.S.M , Plaintiff,

v.

Donald J. Trump,
Special Investigation Trump,
The Trump Organization,
Trump University and Hotels,
Trump Towers,
Trump Planes,
Security Protection Trump,
The New York Times, Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev. 07/06)

## PARTIES

1. Plaintiff **Stella Dawn Mendoza** C.q.m. n.em ~~is a citizen of~~ **Americans of Denver** ~~who presently resides at the following address:~~ Manuel Angel Homeless. **P.O Box 40851 Denver Colorado 80204. Colorado**

2. Defendant **Donald Trump** is a citizen of _____
   who live(s) at or is/are located at the following address:

   _____

3. Defendant **Special Investigation Trump** is a citizen of _____
   who live(s) at or is/are located at the following address:

   (Attach a separate page, if necessary, to list additional parties.) **All Parties Listed.**

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   _____
   _____
   _____

5. Briefly state the background of your case:

1:16-CV-02980-GPG

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

U.S. DISTRICT COURT
DISTRICT OF COLORADO

JEFFREY P. COLWELL, CLERK
BY _____ DEP. CLK

**1. Submit to Appropriate Federal Agency:**
Department of Homeland Security. Federal Protection Services. Alfred A. U.S. Courthouse Denver HSS

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse.) Number, Street, City, State and Zip code.
Stella Dawn Mendoza PO Box 40651 Denver Colo 80204.

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☑ MILITARY ☐ CIVILIAN | 4-26-77 | Single | 10/18/16 Tuesday | 1:00 pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

DHS patient, myself Stella Dawn Mendoza @ 901 19th Street, Denver Colo 80294 with Homeland Security with federal Protection Services using False Statement to the Power and Control Wheel. be a man, dirty Untidy, Tense, Suspicious active.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
I don't have no owner I am a Woman.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Transfer to Denver Health Medical Clinics with HSS Security as well using the power and control wheel. and acess to restroom no water. Only fed twice.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
I was taken into custody to Denver Health Medical Center was very abused under the power and control wheel to even a shot without my approval.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Dr Ken Krause. | 3600 Parker Rd Aurora Colo Cameras In/Out building |
| Alfred A Arraj U.S Court House Denver | Cameras In/Out building Denver Colorado 80204 |
| Denver Health Medical Center | 777 Bannock St Denver Camera In/Out building |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 10,000 + 5 = Almost my life | | 5x3= 150,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Stella Dawn Mendoza | (720) 301-7088 | 12-6-16 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. ||
| 15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☑ No ||
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☑ No | 17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). ||
| 19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☑ No ||

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

1:16-CV-02980-GPG

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 DEC -6 PM 4:48
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

1. Submit to Appropriate Federal Agency: Denver Sheriff Department, Denver Police Officers, Denver Health Medical Center.

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Stella Dawn Mendoza P.O Box 40651 Denver Colo 80204.

3. TYPE OF EMPLOYMENT: [✓] MILITARY [ ] CIVILIAN
4. DATE OF BIRTH: 4-26-77
5. MARITAL STATUS: Single
6. DATE AND DAY OF ACCIDENT: 11/26/2016 Saturday
7. TIME (A.M. OR P.M.): 5:30 am

8. BASIS OF CLAIM: Domestic Violence, False Denver Summons and Complaint; Intereference with Police Officers. (017414) Disturbing the Peace (017160) to going to jail Nov. 26, 2016 - Nov. 28, 2016. False Summons and Complaint

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT:

10. PERSONAL INJURY/WRONGFUL DEATH
4765 N. Federal Blvd @ Conoco Gas Station and Howard Johnson, I was beat put a bar, was accused of Domestic Violence, Disturbed phone. Intefering w/ Police Officer Disturbing the Peace.

11. WITNESSES
NAME: Conoco Gas Station
4765 N. Federal Blvd.
Howard Johnson
ADDRESS: in outside the Gas Cameras outside cameras on my ankle 4 men's one lady giving me another shot filed a false complaint going to jail

12. AMOUNT OF CLAIM (in dollars)
12a. PROPERTY DAMAGE:
12b. PERSONAL INJURY: 10,000 + 3 federal organization
12c. WRONGFUL DEATH:
12d. TOTAL: 990,000

13a. SIGNATURE OF CLAIMANT: Stella Dawn Mendoza
13b. PHONE NUMBER: (720) 301-7088
14. DATE OF SIGNATURE: 12-6-16

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

*Complete all items - Insert the word NONE where applicable.*

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

1:16-CV-02980 GPG

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

U.S. DISTRICT COURT
DISTRICT OF COLORADO

Colorado Supreme Court

**1. Submit to Appropriate Federal Agency:**
The Colorado State Capital Building. District Court, Jefferson County Colorado

**2. Name, address of claimant, and claimant's personal representative if any.**
300 SEC-8 st 12th Ave Denver Colo 80203
100 Jefferson County Parkway
Jefferson County Division of Children & Youth

**3. TYPE OF EMPLOYMENT:** ☑ MILITARY ☐ CIVILIAN
**4. DATE OF BIRTH:** 7-26-77
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** 9/8/16 - Current
**7. TIME (A.M. OR P.M.):** 4:30 to present

**8. BASIS OF CLAIM:** Verified Petition for Dependency and Neglect on Ciana Socorro Mendoza, Ariana Rose Mendoza. All inserted copying of I seeked out prior to all even false protection order and courts that were not even true.

**9. PROPERTY DAMAGE** — (blank)

**10. PERSONAL INJURY/WRONGFUL DEATH:** also filed My injury October 18, 2016 which I and a injury also Nov. 26, 2016. Denver Police all from U.S District Court, Homeland Security, HSS, Denver Sheriff federal protection

**11. WITNESSES**

| NAME | ADDRESS |
|---|---|
| Stella D Mendoza Colorado Supreme Court The Colorado State Capital Jefferson County | homeless P.O Box 40651 Denver All in Cameras. |

**12a. PROPERTY DAMAGE:** (blank)
**12b. PERSONAL INJURY:** 10,000 + 3 federal organizations
**12c. WRONGFUL DEATH:** (blank)
**12d. TOTAL:** 90,000

**13a. SIGNATURE OF CLAIMANT:** Stella Dawn Mendoza
**13b. PHONE:** 720) 301-7088
**14. DATE OF SIGNATURE:** 12-6-16

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM — The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS — Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109
NSN 7540-00-634-4046
STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

Immigration Reform when Hillary Clinton Come Back to House my family

## REQUEST FOR RELIEF

Plaintiff requests the following relief: Homeless May 2016-current. I am requesting for All the relief of my homelessness of my daughters and I the property home 875 Mariposa St. Denver Colorado 80204. From May 2016-current 2 million a day for the protection security on my daughters, and I. I also requesting for Donald J Trump not to be able to be stated in as United States President. to be fired out. The Colorado Capital to be closed for business and also Jefferson County. Colorado District court closed permanently. Hilary Clinton to come back on board and for Immigration Reform A.S.A.P.

Date: December 6, 2016.

Stella Dawn Mendoza
(Plaintiff's Original Signature)

P.O Box 40651
(Street Address)

Denver Colorado 80204.
(City, State, ZIP)

(720) 301-4088.
(Telephone Number)

(Rev. 07/06)     6

Mr. Trump said he wanted to "move forward" from the subject. Without elaborating, he said that "we'll have people that do things," perhaps a reference to the F.B.I. or Republicans who might continue to press for prosecutions in the email or foundation cases. But the president-elect made clear that he would not seek to pursue an investigation himself nor make it a priority after he assumes office.

The decision angered some of his most fervent supporters, who immediately criticized his seeming change of heart.

"Broken Promise," blared the headline on Breitbart News, a conservative news site that has strongly backed Mr. Trump.

"It's not something that I feel very strongly about," Mr. Trump said at The Times, unlike health care or immigration. "This has been a very painful period of time."

Clinton aides did not respond to a request for comment about Mr. Trump's remarks.

During their second debate, Mr. Trump turned to Mrs. Clinton and vowed, "If I win, I am going to instruct my attorney general to get a special prosecutor to look into your situation, because there's never been so many lies, so much deception."

After Mr. Trump's turnaround on Tuesday, the conservative commentator Ann Coulter, one of his staunchest supporters during the campaign, suggested on Twitter that Mr. Trump was overstepping his role.

"Whoa! I thought we elected @realDonaldTrump president," she wrote. "Did we make him the FBI, & DOJ? His job is to pick those guys, not do their jobs."

Tom Fitton, president of Judicial Watch, a conservative advocacy group that has been a relentless critic of Mrs. Clinton, said on Tuesday that it would be a mistake for Mr. Trump to drop the threat of appointing a special counsel to look into her email use.

Mr. Fitton said that although the F.B.I. had already investigated the matter twice, that inquiry was flawed. His group has gained access to thousands of pages of

Mrs. Clinton's State Department emails through lawsuits and is pressing its case in court even after her defeat.

Representative Jason Chaffetz, a Utah Republican who leads the House Oversight and Government Reform Committee, said last week on Fox News that his committee would continue to investigate the matter as well because "we've got to get to the truth." Mr. Chaffetz's office said on Tuesday he was unavailable for comment about Mr. Trump's statements.

Although the F.B.I.'s email investigation is closed, the agency still has an open inquiry into the Clinton Foundation. That inquiry began after the 2015 publication of "Clinton Cash," a book by Peter Schweizer that asserted that some foreign entities had given money to the foundation in return for State Department favors when Mrs. Clinton was there. The Clintons have denied the assertions.

The F.B.I. and Justice Department conduct their criminal investigations largely independently from the White House, so Mr. Trump cannot tell agents to close their cases. A president ordering the F.B.I. to stop a politically sensitive case would be a major scandal.

"It does seem like an extraordinary breach of protocol for him to get involved in that decision," Glen A. Kopp, a former federal prosecutor in New York, said of the president-elect. "I know of no recent circumstances when the president ordered an attorney general not to pursue a criminal matter."

If, as president, Mr. Trump were to order the F.B.I. director, James B. Comey, to close the foundation inquiry, Mr. Comey could choose to rebuff him. F.B.I. directors are given 10-year terms to insulate them from political pressure, but the president still has the power to fire a director, as President Bill Clinton did with William S. Sessions in 1993 after a Justice Department investigation uncovered ethical abuses by Mr. Sessions.

In an interview last week with CBS News's "60 Minutes," Mr. Trump said he had not yet decided whether to dismiss Mr. Comey over his handling of the Clinton email investigation, saying the director "may have had very good reasons for doing what he did."

As a practical matter, though, Mr. Trump's remarks will probably have little impact. The investigation into Mrs. Clinton's emails is already closed and, while the one into her family's foundation remains open, senior F.B.I. officials and career Justice Department officials have said there is little evidence justifying moving forward with a case. When the case comes up for review, senior agents and prosecutors may decide to shut it down, but it will not be because of Mr. Trump's remarks.

While the president-elect's decision is likely to frustrate investigators at the F.B.I., who are fiercely protective of their independence to follow the facts they uncover, some legal experts applauded Mr. Trump's decision to not pursue investigations into Mrs. Clinton's emails or her family foundation.

Rory K. Little, a professor at the University of California Hastings College of the Law, said he was inclined to support both moves by Mr. Trump. A decision to shut down an investigation, he said, "is not out of step with constitutional constraints," as the Constitution gives the president the power to issue pardons for federal crimes.

Reporting was contributed by Michael S. Schmidt, Jeremy W. Peters, Adam Goldman, Matt Apuzzo, Eric Lichtblau and Adam Liptak.

*Get politics and Washington news updates via Facebook, Twitter and in the Morning Briefing newsletter.*

A version of this article appears in print on November 23, 2016, on page A1 of the New York edition with the headline: Donald Trump Drops Threat of New Hillary Clinton Investigation.

© 2016 The New York Times Company